HAMILTON BROWN SHOE COMPANY, Appellant, v. J. E. WILLIAMS et al., Respondents.

**Kansas City Court of Appeals, January 20, 1902.**

Appellate Practice: FILING BILL OF EXCEPTIONS: RECORD ENTRY. A bill of exceptions itself only becomes a record by a record entry, and no recitation in the bill will make it a part of the record.

Appeal from Caldwell Circuit Court.—*Hon. E. J. Broaddus,* Judge.

APPEAL DISMISSED.

ELLISON, J.—The abstract here presented does not show any record entry of the filing of the bill of exceptions or of granting time within which such bill might be filed. The bill of exceptions shows these things, but the bill of exceptions is not a place in which to enter the record proper. The bill itself only becomes a record by a record entry of

its filing. The appeal is dismissed. Western Storage Co. v. Glasner, 150 Mo. 426; Butler Co. v. Graddy, 152 Mo. 443; Burdick v. Security Life, 86 Mo. App. 94.

All concur.